IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

H S HOSPITAL SERVICE S P A,

    Plaintiff,

v.                                                          CASE NO. 1:03-cv-00173-MP-AK

MEDICAL DEVICE TECHNOLOGIES, INCORPORATED,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 138, Defendant's motion for a continuance, and Doc. 139, Plaintiff's motion for sanctions. A telephone hearing was held on the matter on Tuesday, November 29, 2005. As a result, it is hereby

**ORDERED AND ADJUDGED:**

1.     Defendant's motion for continuance, Doc. 138, is granted. The pretrial conference scheduled for Wednesday, November 30, 2005, is canceled and all other dates in the Court's pretrial scheduling order are continued for a period of twenty-one days.

2.     The clerk is directed to refer this case file back to the Court if no activity is posted by Tuesday, December 20, 2005.

3.     Plaintiff's motion for sanctions, Doc. 139, will be held in abeyance by the Court.

**DONE AND ORDERED** this _29th_ day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge